**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Frank Mazo Villa
**Petitioner**

V.

CIVIL ACTION
NO. 26cv11125-WGY

Todd Lyons, et al
**Respondents**

**ORDER OF DISMISSAL**

**YOUNG D.J.**,

In accordance with the Court's ELECTRONIC ORDER of April 23, 2026, it is hereby ORDERED that this petition is DISMISSED.

By the Court,

**/s/Matthew A. Paine**

Deputy Clerk

April 23, 2026